# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150811

VICTOR LEON WILSON,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 150811
COA: 323092

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 22, 2015, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2015



jam

Clerk